UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARAH BLAKELY,

    Plaintiff,

v.                                                                       Case No. 6:16-cv-987-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Plaintiff's attorney, Richard A. Culbertson ("**Culbertson**"), filed an unopposed request for authorization to charge Plaintiff attorney's fees. (Doc. 21 ("**Motion**").) Culbertson seeks $3,440.43, equaling 25% of Plaintiff's past-due benefits per a contingency agreement, minus the Equal Access to Justice Act fees awarded. (*Id.* ¶¶ 1, 3.) On referral, United States Magistrate David A. Baker recommends granting the Motion. (Doc. 22 ("**R&R**").)

The parties filed a joint notice of no objection to the R&R. (Doc. 23.) Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.     U.S. Magistrate Judge David A. Baker's Report and Recommendation

-1-

(Doc. 22) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 21) is **GRANTED.**

3. Richard A. Culbertson is **AUTHORIZED** to charge Plaintiff Sarah Blakely $3,440.43 in attorney's fees.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 11, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record